KCB:EL
F. #2023R00184

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DANIEL VERNON,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. __24 - 00318__
(T. 18, U.S.C., §§ 1512(c)(1), 2 and 3551
et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>OBSTRUCTION OF JUSTICE</u>

On or about January 9, 2024, within the Eastern District of New York and elsewhere, the defendant DANIEL VERNON, together with others, did knowingly, intentionally and corruptly alter, destroy, mutilate and conceal one or more records, documents and other objects, to wit: his cellular telephone and its contents, with the intent to impair such items' integrity and availability for use in an official proceeding, to wit: a federal grand jury investigation in the Eastern District of New York.

(Title 18, United States Code, Sections 1512(c)(1), 2 and 3551 et seq.)

By: *Whitman G S. Knapp, Asst. U.S. Atty*
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK